IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER CZARPHINO PEETE,

    Plaintiff,

v.

CHRISTINA MINNETTI,
CHARLES CASTLE, KRISTIN LENTZ,
NEIL THORESON, DENISE SYMDON,
STEPHANIE HOVE, and NICK
WINTERGERST,

    Defendants.

JUDGMENT IN A CIVIL CASE

18-cv-296-jdp

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/                                                  5/21/2018

Peter Oppeneer, Clerk of Court               Date